NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEBORAH G. HARRISON,**

Petitioner,

v.

**OFFICE OF PERSONNEL MANAGEMENT,**

Respondent.

---

2010-3086

---

Petition for review of the Merit Systems Protection Board in DC844E100127-I-1.

Before RADER, FRIEDMAN, and GAJARSA, *Circuit Judges.*

PER CURIAM.

## ORDER

Deborah G. Harrison responds to this court's April 14, 2010 order directing a response as to whether her petition for review should be dismissed.

As noted in the court's prior order, it appears that Harrison filed her petition for the same action with both this court and the Merit Systems Protection Board. The court's order noted that Harrison may not simultaneously proceed in both fora and directed her to dismiss her petition at the Board if she wished to proceed at this

court. In her response to the court, Harrison simply notes that she "would like to continue her cases." Because it does not appear that Harrison dismissed her petition at the Board, we dismiss her petition in this court. We therefore dismiss her petition. To the extent Harrison wishes to petition from the final decision of the Board, she is free to do so.

Accordingly,

IT IS ORDERED THAT:

(1) The petition for review is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 1 9 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Deborah G. Harrison
Michael O' Connell, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 9 2010**

**JAN HORBALY**
**CLERK**